■ EMERALD PACKING CORPORATION v. HYGRADE FOOD PRODUCTS CORPORATION.— Motion for leave to reargue denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of YETTA ROSENGARTEN, as Administratrix, Appellant. SARAH BOKSER, Respondent.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ANDRES GALBAN v. PENN SHIPPING CO., INC., et al.— Motion to dispense with printing the record on appeal granted insofar as to permit the appeal to be heard on the original case on appeal upon which the appeal was heard in the Appellate Term plus one typewritten copy of the additional papers req. ired on appeal to this court, without printing the same, but upon printed appellant's points; the record on appeal and printed appellant's points to be filed with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JAMES L. HANLON v. MADELEFF REALTY CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ HARRY MARTIN v. EDMUND STRAUSS et al.— Motion to dismiss appeal denied, without costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

(September 22, 1960)

Concur — Botein, P. J., Breitel, Rabin. Valente and McNally, JJ.

■ In the Matter of the Estate of HARRY PASIALIS, Deceased. PAUL ANAYANNIS, Appellant; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator, et al., Respondents.— Motion to dismiss appeal granted, with